IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLORIA GONZALES DE OZUNA                                              PLAINTIFF

v.                              CASE NO. 2:19-CV-2012

ANDREW M. SAUL, Commissioner,
Social Security Administration                                        DEFENDANT

## **ORDER**

    The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

    **IT IS SO ORDERED** this February 6, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE